**Form DEFECF** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Anthony Vincent Semler<br>and Raquel Lynn Dietrich**<br><br>*Debtor*<br><br>**Anthony Vincent Semler<br>Raquel Lynn Dietrich**<br><br>*Plaintiff*<br><br>**Consumers Energy<br>Company**<br><br>*Defendant* | **Case Number 16–02499–swd**<br><br>**Adv. Pro. No. 17–80103–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

NOTICE IS HEREBY GIVEN that document #: 4 is defective for the following reasons:

☐ Incomplete PDF Document attached to the entry.

☐ Entered in the wrong case.

☐ PDF document is not legible.

☐ Incorrect Form Submitted (Official forms are located on the Court's website at: www.miwb.uscourts.gov)

☑ Document lists the wrong Judge. Please note: Effective July 15, 2017, the Judge rotation for this location has changed. Judge Dales is now the Judge in this case.

NOTICE IS FURTHER GIVEN that the following action must be taken:

☑ Document needs to be re–filed.

☐

If you have any questions, please contact the ECF HelpDesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov or by calling (616) 456–2693.



*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** August 7, 2017